UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AKIM F. CZMUS              :
                           :
v.                         :       C.A. No. 09-373S
                           :
UNITED STATES OF AMERICA, et al.  :

**MEMORANDUM AND ORDER**

In this matter, Plaintiff Akim F. Czmus ("Czmus") filed an Application to Proceed Without Prepayment of Fees and Affidavit on August 17, 2009 (the "Application"). (Document No. 3). The Application has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR CV 72(a). In the Application, Czmus indicated that he is not currently employed, that he has no cash in any checking or savings account, that he does not own any real estate, or other thing of value and that he has no dependents. Plaintiff indicated that he receives $1,779.00 per month in social security disability payments. In order to determine whether he qualifies for pauper status, the Court needs more information about Czmus's monthly expenses. Specifically, Plaintiff is ordered to supplement his Affidavit by identifying any housing, transportation, utilities or loan payments or other monthly expenses he incurs each month. Plaintiff shall describe the expenses, and the amount of each expense. Plaintiff is also required to inform the Court if he has any debts or financial obligations and to describe the amounts owed and to whom they are payable.

This Court cannot determine whether Czmus qualifies to have his Application granted in this case until the additional information requested is received. Czmus must file the proper

information by **September 18, 2009** or risk having his Application denied and this matter dismissed.

SO ORDERED

ENTER:                                                      BY ORDER:

/s/ Lincoln D. Almond                                       /s/ Jeannine Noel
LINCOLN D. ALMOND                                           Deputy Clerk
United States Magistrate Judge
August 21, 2009