UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AKIM F. CZMUS,
    Plaintiff,

v.                        C.A. No. 09-373 S

UNITED STATES OF AMERICA,
ET AL.,
    Defendants.

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on January 11, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, the Complaint is hereby DISMISSED with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 2/3/10